# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-1195
LT Case No. 2022-CF-1504-A

_____

GEORGE MOODY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

George Moody, Crestview, pro se.

Lori D. Loftis, Chief Assistant Regional Counsel, and Michael C. Nappi, of Office of Criminal Conflict and Civil Regional Counsel, Casselberry, for Appellant.

James Uthmeier, Attorney General, Tallahassee and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Appellee.

December 23, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____